## WILSON *v.* WILSON.

ATKINSON, J.  There was no error of law committed on the trial, of sufficient materiality to require a new trial; there was ample evidence to authorize the verdict; and there was no abuse of discretion in refusing a new trial.                    *Judgment affirmed.  All the Justices concur.*

MAY 16, 1917.

Appeal.  Before Judge Smith.  Campbell superior court.  May 1, 1916.

*J. J. Barge,* for plaintiff in error.  *J. H. Longino,* contra.